**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARRYL H. MOSLEY** | : | **CIVIL ACTION** |
| **v.** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | **NO. 17-3746** |

## ORDER

**NOW**, this 18th day of April, 2018, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9), the defendant's response, the plaintiff's reply, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document No. 16), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Timothy R. Rice is **APPROVED** and **ADOPTED**; and

2. The plaintiff's Request for Review is **DENIED**.

/s/TIMOTHY J. SAVAGE